UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-02293-JLS-KS                                  Date: May 04, 2026
Title:  Cuevas-Martinez Aldo v. J. Johnson et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 2)**

On May 1, 2026, *pro se* Petitioner Cuevas-Martinez Aldo filed a petition for writ of habeas corpus and an *ex parte* Application for Temporary Restraining Order ("TRO"). (Petition, Doc. 1; App., Doc. 2; Mem., Doc. 3.)  Petitioner is currently detained by Immigration and Customs Enforcement ("ICE"), and seeks a TRO requiring Respondents to release him from detention.  (*See* App.; Mem.)

Due to the influx of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05.  (Doc. 7.)  Pursuant to the General Order, the Court set a briefing schedule for the petition for writ of habeas corpus in this case: Respondents' answer is due by May 8, 2026, and Petitioner's reply is due no later than 14 days after the answer is served.  (*Id.*)  In light of the expedited briefing schedule on the underlying habeas petition, the Court is not convinced that emergency relief is necessary, as any delay that may result from awarding Petitioner relief based on the habeas petition alone would be brief.  Thus, the Court concludes that Petitioner is not entitled to *ex parte* relief. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (Petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-02293-JLS-KS                               Date: May 04, 2026
Title:  Cuevas-Martinez Aldo v. J. Johnson et al

relief"). Accordingly, Petitioner's Application is DENIED. Proceedings on the merits of Petitioner's underlying habeas petition will continue before the Magistrate Judge.


Initials of Deputy Clerk: kd