**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CUEVAS-MARTINEZ ALDO,<br>                    Petitioner,<br><br>        v.<br><br>J. JOHNSON et al.,<br>               Respondents.<br>_____ | )  NO. 5:26-cv-02293-JLS-KS<br>)<br>)<br>)  **ORDER ACCEPTING FINDINGS AND**<br>)  **RECOMMENDATIONS OF UNITED**<br>)  **STATES MAGISTRATE JUDGE**<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) a writ of habeas corpus shall issue as follows:  Respondents shall **IMMEDIATELY RELEASE PETITIONER (A-Number 220-151-465)** from immigration detention on the

same conditions as his previous Order of Supervision; Respondents are **ENJOINED** from re-detaining Petitioner without adequate notice and a pre-deprivation hearing before a neutral arbiter.

DATED:   July 29, 2026

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE