JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CUEVAS-MARTINEZ ALDO,**<br>**Petitioner,**<br>**v.**<br><br>**J. JOHNSON, et al.,**<br>**Respondents.** | **NO. 5:26-cv-02293-JLS-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED: July 29, 2026

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE